UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
                                          )
              Plaintiff,                  )
                                          )
v.                                        )         No.  3:05-CR-96
                                          )         (JORDAN/GUYTON)
SARAH BEVINS,                             )
                                          )
              Defendant                   )

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned

on August 31, 2005, for a detention hearing.    United States Attorney David C.

Jennings  was present for the government and Michael B. Coleman was present as

CJA counsel representing  the defendant.   The government  had moved previously

for detention pursuant to 18 U.S.C.  § 3142(e).

Counsel for the defendant announced that the defendant would waive the

detention hearing, while reserving the right to move for a detention hearing at a later

date.   The defendant and her counsel executed the appropriate Waiver of Detention

Hearing in open court.

Accordingly, the defendant is committed to the custody of the Attorney

General or his/her designated representative for confinement in a corrections facility

separate, to the extent practicable, from persons awaiting or serving sentences or being

held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE